FILED

IN THE UNITED STATES DISTRICT COURT

2004 FE 17 PM 12:31

FOR THE WESTERN DISTRICT OF TEXAS

AUSTIN DIVISION

| | | |
|---|---|---|
| LUCIA LOPEZ, Plaintiff, | § § § § | |
| V. | § § | CIVIL ACTION NO. A-03-CA-914-SS |
| UNICCO SERVICE COMPANY, INC. AND ALFREDO PARADES, Defendants. | § § § § | |

## JOINT MOTION FOR AGREED ORDER OF DISMISSAL WITH PREJUDICE

TO THE HONORABLE SAM SPARKS:

Plaintiff Lucia Lopez and Defendants UNICCO Service Company and Juan Alfredo Padron submit this Joint Motion for Agreed Order of Dismissal with Prejudice and would show the Court as follows:

1.

Plaintiff and Defendants have resolved the claims brought against Defendants and therefore request that the Court enter the accompanying Agreed Order of Dismissal with Prejudice concerning the Plaintiff's claims against Defendants.

WHEREFORE, Plaintiff and Defendants request that the Court enter the accompanying Agreed Order of Dismissal with Prejudice.

\04032\035                                          -1-

Respectfully submitted,

_____
Jorge Pineda
State Bar No. 00786170
LAW OFFICE OF JORGE PINEDA
2211 IH 35
Austin, Texas 78741
Telephone No.: (512) 320-0629
Telecopier No.: (512) 320-0100

**ATTORNEY FOR PLAINTIFF**

_____
Enid A. Wade
State Bar No. 00785157
John T. Hawkins
State Bar No. 09249300
of
NAMAN, HOWELL, SMITH & LEE, L.L.P.
900 Washington, 7th Floor
P.O. Box 1470
Waco, Texas 76703-1470
Telephone No.: (254) 755-4100
Telecopier No.: (254) 754-6331

**ATTORNEYS FOR DEFENDANT
UNICCO SERVICE COMPANY**

_____
J. Matthew Dow
State Bar No. 06066500
JACKSON WALKER, L.L.P.
100 Congress Avenue, Suite 1100
Austin, Texas 78701-4099
Telephone No.: (512)236-2000
Telecopier No.: (512)236-2002

**ATTORNEY FOR DEFENDANT
JUAN ALFREDO PADRON**

\04032\035                              -2-